Dear :

Court of Criminal Appeal's i'm write pertaining my transcript's, i was informed that i could purchase my transcript's for ten-cent a page if so could you please write me back and give me a exact price of how much they is, thank you for your time and asstiance.

Christopher Howard

Cause No: 37568-A

Appeal No: 06-09-00124-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

82,083-01
0203